Hand-Delivered

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

*Charlotte* Division

FILED
CHARLOTTE, NC

FEB 04 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

*Victoria Leigh Smith*

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

*Union County DSS* See attached

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. *3:26-cv-94-FDW*

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    *Victoria Smith*

Street Address    *108 Aspire Circle*

City and County    *Wingate - Union County*

State and Zip Code    *NC 28173*

Telephone Number    ~~5855~~ *5854025206*

E-mail Address    *VictoriaLeigh3377@gmail.com*

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

Name — Union County Dept. of Social Services

Job or Title *(if known)* — Child Welfare services

Street Address — 2330 Concord Ave

City and County — Monroe Union County

State and Zip Code — NC 28110

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 2**

Name — Chad Drye

Job or Title *(if known)* — Chief of Police

Street Address — 129 N. Main Street

City and County — Wingate Union County

State and Zip Code — NC 28174

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 3**

Name — Sterling Hall

Job or Title *(if known)* — Police officer Wingate NC

Street Address — 129 N Main Street

City and County — Wingate Union county

State and Zip Code — NC 28174

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 4**

Name — Erin S. Huck

Job or Title *(if known)* — District Court Judge Union County

Street Address — Union county Judicial center 400 N Main St

City and County — Monroe, union county

State and Zip Code — NC 28112

Telephone Number —

E-mail Address *(if known)* —

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Defendants acting under color of State law deprived plaintiff of rights including parental rights, due process and equal protection clauses. 42 U.S.C 1983, 42 U.S.C, The First Amendment, The Fourteenth Amendment*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Victoria Smith , is a citizen of the State of *(name)* North Carolina .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.     Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

*See back page*

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*See back page*

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/28/26

Signature of Plaintiff

Printed Name of Plaintiff  Victoria Smith

### B.  For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## Statement of Claim

1. Plaintiff Victoria Smith is the biological mother of three minor children and held full parental rights and custody prior to the actions described herein.

2. Defendant Erin S Hucks ~~were~~ was at all relevant times a District Court Judge for Union county NC acting under color of State law

3. Beginning in or about August 2024 and continuing thereafter Defendant Hucks participated in authorized and/or ratified actions that resulted in the unlawful removal of Plaintiffs children and suspension of Plaintiffs parental rights without constitutionally adequate due process.

4. Defendant Hucks Knowingly permitted and enforced proceedings in which Plaintiff was denied timely notice, meaningful hearings, and a fair opportunity to be heard - violating the 14th amendment

5. Defendant Hucks acted outside the scope of judicial neutrality by coordinating with or acquiescing in actions taken by Wingate Police Dept. officers that resulted in Plaintiffs unlawful arrest and detention without probable cause or valid legal basis.

6. Agents of the union county DSS acting under color of state law participated in and facilitated the unlawful removal of Plaintiffs three children without valid court order or extingent circumstances, without providing Smith timely notice of allegations access to evidence meaningful opportunity to contest the removal in violation of Plaintiffs rights by 14th amendment

7. Wingate Police unlawfully detained and arrested Plaintiff without probable cause on more than one occasion to interfere with Plaintiffs parental rights and access to the courts.

8. The actions of all defendants were in concert to suppress ability to seek redress.

9. As direct result of defendants action Plaintiff lost custody of ~~her~~ forced from her home loss of property and suffered financial emotional + constitutional damages